Louis Darman  
    vs.     No. 93472.  
Joseph E. Gervais

November 23, 1934.

CHURCHILL, J. Heard on motion for a new trial filed by the plaintiff after a verdict for the defendant.

This case was submitted on the motion without oral argument on behalf of either side.

This case presents the problem of an accident at intersecting streets. A Packard car driven by the chauffeur of the plaintiff and a coal truck of the defendant, operated by his driver, came together at the intersection of Fairmount Street and First Avenue in the City of Woonsocket, at about 10:35 in the morning of March 26, 1934. There was an ordinary signal light overhead at the center of the inter-

section and each side claims that the other vehicle entered on the red light.

The weight of the evidence, taking into consideration the eye witnesses and the established physical facts, shows that the plaintiff's car was driven through the intersection at a high rate of speed—a speed, in fact, in excess of 40 miles an hour—and that it struck the defendant's truck and then ran into a telegraph pole on Fairmount Street. There was also credible evidence which the jury were warranted in believing, although it was sharply conflicting on this feature of the case, that the truck entered the intersection on a green signal and that the plaintiff's car entered with the red light set against it. In any event, the jury were warranted in bringing in the verdict which they did and, in fact, on the testimony as it developed, it was the only verdict which a jury could properly have arrived at.

Motion for new trial denied.

For plaintiff: John R. Higgins, Morris E. Yarans, Sidney Silverstein.

For defendant: Eugene L. Jalbert.